UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANANTHAPADMANABHAN TIRUPATI,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MICHAEL B. MUKASEY, Attorney General,  )<br>U.S. Department of Justice, *et al.*  )<br>)<br>Defendants.  )<br>) | Civil Action No. 08-0839 (EGS) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants with prejudice, with each party to bear its own costs and fees.

Dated: July 9, 2008
         Washington, DC

Respectfully submitted,


  /s/
─────────────────────────────                     ─────────────────────────────
ARON A. FINKELSTEIN, D.C. BAR #25560              JEFFREY A. TAYLOR, D.C. BAR #498610
Murthy Law Firm                                    United States Attorney
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117
(410) 356-5440
                                                  ─────────────────────────────
                                                  RUDOLPH CONTRERAS, D.C. BAR #434122
*Attorney for Plaintiff*                          Assistant United States Attorney

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*